**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------ x
AMANIE RILEY, on behalf of himself and all    :    Case no. 7:24-cv-07566
others similarly situated,                    :
                                              :
              Plaintiffs,                     :
                                              :            JUDGEMENT
         v.                                   :
                                              :
SHOPTIQUES, INC.,                             :
                                              :
              Defendant.                      :
                                              :
                                              :
------------------------------------ x
```

    THIS ACTION having been commenced on October 6, 2024; Defendant having been duly served on November 21, 2024 via the New York Secretary of State; Defendant having failed to appear or respond; the Clerk having entered a Certificate of Default (ECF No. 10); and Plaintiff having moved by Order to Show Cause for default judgment pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(c); it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion is **GRANTED** as follows:

A. Defendant violated Plaintiffs' rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et Seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B. Defendant is to bring its website, www.shoptiques.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before the _____ day of _____, 20_____;

C.  Defendant is enjoined from making its website, www.shoptiques.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;

D.  Defendant is enjoined from circumventing this Judgment by creating new URL's to host its online business;

E.  Defendant is to pay Plaintiffs $1,000.00 in compensatory damages, as permitted by law;

F.  Attorneys' Fees and Costs. Plaintiff may file a motion for reasonable attorneys' fees and costs within 30 days of the entry of this Judgment, pursuant to 42 U.S.C. § 12205 and N.Y.C. Admin. Code § 8-502(g).

Dated:

White Plains, New York

_____

HON. KENNETH M. KARAS
United States District Judge